# EXHIBIT A

FOX SUBACUTE AT WARRINGTON
CASH FORECASTING FOR NOVEMBER 2019

| Vnd# | VENDOR | WK #1 FOX | WK #2 FOX | WK#3 FOX | WK#4 FOX | TOTAL |
|---|---|---|---|---|---|---|
| | Delcrest Lease | | $ 954.83 | | | $ 954.83 |
| | Delcrest Lease - Bed Lease | | $ 663.82 | | | $ 663.82 |
| | | | | | | $ - |
| | Trinity Pharmacy (Note) | | | | | $ - |
| | Infiniti Medical Solutions(RENT TO OWN) | | | | $ 5,417.00 | $ 5,417.00 |
| | | | | | | |
| | ASD Healthcare 12/021/6 | | | $ 6,930.00 | | $ 6,930.00 |
| | Delcrest | | $ 46,795.25 | | | $ 46,795.25 |
| | Fresenius | | | | $ 5,665.79 | $ 5,665.79 |
| | Infiniti Medical Solutions | | | $ 4,873.00 | | $ 4,873.00 |
| | PharMerica | | | | $ 31,882.26 | $ 31,882.26 |
| | Praxair - Bulk | | $ 5,058.55 | | | $ 5,058.55 |
| | Praxair - Cylinders | | $ 1,565.12 | | | $ 1,565.12 |
| | Pride Healthcare | | | | | |
| | Procare Medical Staffing | | | | | $ - |
| | Quality Medical Group | | $ 2,575.00 | | | $ 2,575.00 |
| | Reinhart | $ 471.68 | $ 650.57 | $ 773.92 | $ 678.44 | $ 2,574.61 |
| | Tri-Med Medical Supplies | | $ 20,000.00 | | | $ 20,000.00 |
| | Tyler Robinson | | | | $ 125.00 | $ 125.00 |
| | Warrington Twp W & S | | $ 2,100.00 | | | $ 2,100.00 |
| | | | | | | |
| | Bank Direct - Loan #(526612) | | $ 12,792.61 | | | $ 12,792.61 |
| | Lackawanna Insurance | | | $ 9,421.92 | | $ 9,421.92 |
| | De Lage Landen | | | | | $ - |
| | Guardian | | | $ 2,475.81 | | $ 2,475.81 |
| | Propel Insurance | | | | | $ - |
| | Sun Life Financial | | | $ 4,290.05 | | $ 4,290.05 |
| | | | | | | |
| | Cummings Consultants | | $ 3,000.00 | | | $ 3,000.00 |
| | Dr. Gerald Meis | | $ 1,000.00 | | | $ 1,000.00 |
| | | | | | | |
| | American Express | $ 1,635.59 | | | | $ 1,635.59 |
| | VISA - Cardmember Services | | | $ 750.00 | | $ 750.00 |
| | Home Depot | | | $ 1,601.67 | | $ 1,601.67 |
| | Applied Computer | | | $ 523.64 | | $ 523.64 |
| | DeBrunner & Assoc. | | $ 2,575.00 | | | $ 2,575.00 |
| | DeBrunner & Assoc. (Misc Expense) | | $ 200.00 | | | $ 200.00 |
| | | | | | | |
| | Altek | | | | $ 1,219.06 | $ 1,219.06 |
| 208 | Comcast (849910157 0111523) | | | | $ 178.44 | $ 178.44 |
| 207 | Comcast (849910157 0111390) | | | | $ 297.87 | $ 297.87 |
| | Direct TV | | | | $ 322.25 | $ 322.25 |
| 212 | PECO (18120-58059) | | | | $ 3,067.46 | $ 3,067.46 |
| 213 | PECO (89367-01009) | | | | $ 98.28 | $ 98.28 |
| | Windstream (Paetec) | | | | $ 3,256.12 | $ 3,256.12 |
| | | | | | | |
| | Alyse Voulo | | | | | $ - |
| | Amanda France | | | | | $ - |
| | Amanda O'Flynn | | | | | $ - |
| | Amanda Zaborowski | | | | | $ - |
| | Anne Boran (Expense Reports) | | | | | $ - |
| | David Owens, Petty Cash | | | | | $ - |
| | Diane Falcone | | | | | $ - |
| | Diane Bello | | | | | $ - |
| | Falon Kafel | | | | | $ - |
| | Geni Fisher | | | | | $ - |
| | Ingrid Pregler | | | | | $ - |
| | Jacquelynn Hoffman | | | | | $ - |
| | Jaime Rosen | | | | | $ - |
| | Jane Parson | | | | | $ - |
| | Jennifer Snee | | | | | $ - |
| | Jennifer Thornhill | | | $ 42.58 | | $ 42.58 |
| | Josh Paugh | | | | | $ - |
| | Kim Remetta | | | $ 161.70 | | $ 161.70 |
| | Linda Barnum | | | | | $ - |
| | Marlene Higgins (Petty Cash) | $ 237.93 | | | | $ 237.93 |
| | Marie Dominique Soverain | | | | | $ - |
| | Michele Saylor | | | | | $ - |
| | Penny Burke | | | | | $ - |
| | Ralph Van | | | | | $ - |
| | Sarah Donato | | | | | $ - |
| | Scott Matlock (Expense Report) | | | | | $ - |
| | Susan Schmitt | | | | | |
Case 1:19-bk-04715-HWV   Doc 8-1   Filed 11/01/19   Entered 11/01/19 13:10:25   Desc
Exhibit A   Page 2 of 11

## CASH FORECASTING FOR NOVEMBER 2019

| Vnd# | VENDOR | WK #1 FOX | WK #2 FOX | WK #3 FOX | WK #4 FOX | TOTAL |
|---|---|---|---|---|---|---|
| | Stephanie Parker (Petty Cash) | | | | | $ - |
| | **VENDOR** | | | FOX | | Terms |
| | 3M Cogent Inc. | | | | | $ - |
| | 360 Healthcare Staffing | | | | | $ - |
| | Ability Network, Inc. | | | | | $ - |
| | Ace Linen Services | | | | | $ - |
| | ACMA | | | | | $ - |
| | Action Screen Printing | | | | | $ - |
| | Acute Care Med Trans | | | | | $ - |
| | ADP | | | | | $ - |
| | Adaptive Integrators | | | | | $ - |
| | Air Vent Duct Cleaning Inc | | | $ 371.00 | | $ 371.00 |
| | Alfred H. Koch Serv. Labs | | | | | $ - |
| | Alimed, Inc. | | | | | $ - |
| | Allscripts | | $ - | | | $ - |
| | All About Audio | | | | | $ - |
| | Alpha Bio/Med Services LLC | | | | | $ - |
| | Altek | | | | | $ - |
| | AMA Profiles | | | | | $ - |
| | American Health Care Serv. Inc. | | | | | $ - |
| | Amerihealth | | | | | $ - |
| | American Funding Solutions | | | | | $ - |
| | Amy Duckett Wagner | | | | | $ - |
| | A N T S C I | | | | | $ - |
| | Anchor Medical Products | | | | | $ - |
| | Applied Computer Solutions | | | | | $ - |
| | Atlantic City Poker | | | | | $ - |
| | Atlantic Diagnostic | | $ 1,149.07 | | | $ 1,149.07 |
| | Awareness Tech | | | | | $ - |
| | Ben Manis | | | | | $ - |
| | BelMed Ambulance | | | $ 2,590.00 | | $ 2,590.00 |
| | Benjamin Soffer | | | | | $ - |
| | Bimbo Foods, Inc. | | | | | $ - |
| | Blanche Lenard Consulting | | | | | $ - |
| | Blue Bell Heating | | | | | $ - |
| | Bonnie Elbes | | | | | $ - |
| | Brian Finn, Scale Co. | | | | | $ - |
| | Briggs Corp | | | | | $ - |
| | Bryn Mawr Rehab Hospital | | | | | $ - |
| | Buchanan Floor Covering | | | | | $ - |
| | Bucks County Dept of Health | | | | | $ - |
| | Bucks County Med. Assoc. | | | | | $ - |
| | Bucks County Tax Claim | | | | | $ - |
| | Caral & Sons | | | | | $ - |
| | Carl Grammes | | | | | $ - |
| | Carolina Speech Pathology | | | | | $ - |
| | Chesapeake Vascular Access | | | | $ - | $ - |
| | Chestnut Hill Hospital | | | | | $ - |
| | Cindy McGrath | | | | $ 100.00 | $ 100.00 |
| | Clarion Ambulance | | | | $ - | $ - |
| | Clark Audiology & Hearing Aids | | | | | $ - |
| | CLIA Lab Program | | | | | $ - |
| | ColcomInc | | | | | $ - |
| | Colorworks by Chana | | | | | $ - |
| | Comerica Bank | | | | | $ - |
| | Commonwealth Assurance | | | | | $ - |
| | Commonwealth of PA | | | | | $ - |
| | Concentra | | | | | $ - |
| | Consolidated Graphic | | | | | $ - |
| | Continental Health Equipment | | | | | $ - |
| | Courier Times, Inc. | | | | | $ - |
| | Croker Fire Safety | | $ 105.00 | | | $ 105.00 |
| | Crystal Chemical Company | $ 93.52 | | | | $ 93.52 |
| | Data Control Technology | | | | | $ - |
| | David Foulke | | | | | $ - |
| | David Owens | | | | | $ - |
| | David White | | | | | $ - |
| | Doylestown Hospital | | | $ 2,920.95 | | $ 2,920.95 |
| | Doylestown Podiatry | | | | | $ - |
| | ECOLAB | | | | | $ - |
| | Ellis Coffee | | | | | $ - |
| | EMEDCo | | | | $ 4,919.50 | $ 4,919.50 |
| | Emerald Green Landscaping | | | | | $ - |
| | Emergency Systems | | | $ 787.65 | | $ 787.65 |

## CASH FORECASTING FOR NOVEMBER 2019

| Vnd# | VENDOR | WK #1 FOX | WK #2 FOX | WK #3 FOX | WK #4 FOX | TOTAL |
|---|---|---|---|---|---|---|
| | Express Supply | | | | | $ - |
| | Faraco Knife & Slicer | | $ 36.00 | | | $ 36.00 |
| | Fast Service Inc. | | | | | $ - |
| | Feasterville Awning | | | | | $ - |
| | Fees Diagnostic Specialists | | | | | $ - |
| | Fidelity Security (Eye Med) | | $ 574.89 | | | $ 574.89 |
| | Follett Corporation | | | | | $ - |
| | Fox Nursing Home | | | | | $ - |
| | Gayle Dost | | $ - | | | $ - |
| | Gemalto Cogent Inc. | | | | | $ - |
| | General Healthcare Resources, Inc | | | | | $ - |
| | George Allen Wastewater Mg. | | | | | $ - |
| | George Leck & Son, Inc. | | | | | $ - |
| | Glenn Faul | | | | | $ - |
| | GNXCOR INC | | | $ 76.65 | | $ 76.65 |
| | Cellai Law-Harmony Healthcare International | | | | | $ - |
| | Harry J. Lawall | | | | | $ - |
| | HD Supply | | | $ 303.14 | | $ 303.14 |
| | Health & Science Center, Inc. | | | | | $ - |
| | Health Care Logistics | | | | | $ - |
| | Healthcare Maintenance Services | | | | | $ - |
| | Healthcare Services Grp | | | | | $ - |
| | HealthDrive Dental Group | | | | | $ - |
| | HealthDrive Podiatry | | | | | $ - |
| | Health System Services | | | | | $ - |
| | H & R Healthcare | | | | | $ - |
| | Hill-Rom | | | $ 5,801.34 | | $ 5,801.34 |
| | Hoffman Electrical Contractors | | | | | $ - |
| | HPE Group | | | | | $ - |
| | IDVILLE | | | | | $ - |
| | Imperial Bag & Paper | | | | | $ - |
| | Intelycare | $ 1,211.83 | $ 1,400.77 | $ 1,045.87 | $ 1,592.70 | $ 5,251.17 |
| | InFocus Technologies | | | | | $ - |
| | Joanne M Kaminski, PSY D | | | | | $ - |
| | Joe Hendricks | | | | | $ - |
| | John Burgo | | | | | $ - |
| | Johnson, Kendall & Johnson | | | | | $ - |
| | Karen Fiumara | | | | | $ - |
| | Kennedy PC | | | | | $ - |
| | Keystone Fire Protection | | | $ 243.80 | | $ 243.80 |
| | Koch Service Laboratories | | | | | $ - |
| | Kristin Coryell | | | | | $ - |
| | LC Technologies, Inc. | | | | | $ - |
| | Leck Waste Services | | | | $ 2,953.17 | $ 2,953.17 |
| | Lethal Pest Solutions | | | $ 95.40 | | $ 95.40 |
| | Magisterial District | | | | | $ - |
| | Marcy Levy | $ - | | | | $ - |
| | Masimo | | | | $ 1,473.74 | $ 1,473.74 |
| | Matrixcare, Inc. | | $ 169.60 | | | $ 169.60 |
| | McCafferty Exteriors Roofing | | | | | $ - |
| | McKesson Medical | | | | | $ - |
| | Medical Records Consultants | | | | | $ - |
| | Medilance | | | | $ 350.00 | $ 350.00 |
| | Med-Pass | | | | | $ - |
| | Meka Alarm System | | | | | $ - |
| | Mittman & Liebman Assoc | | | | | $ - |
| | Michael Blank | | | | | $ - |
| | Michele Saylor | | | | | $ - |
| | Millie Seliga, Tax Collector | | | | | $ - |
| | Mobident | | | | | $ - |
| | MobilexUSA | | $ 9,236.00 | | | $ 9,236.00 |
| | Moore Medical LLC | | | | | $ - |
| | Nancy Novelli | | | | | $ - |
| | National Seating & Mobility | | | $ - | | $ - |
| | NaviHealth | | | | | $ - |
| | Nephrology-Hypertension Specialists | | | | | $ - |
| | Network Connections | | | | | $ - |
| | Newegg Business | | | | | $ - |
| | Newtown Ambulance Squad | | $ 620.00 | | | $ 620.00 |
| | Newtown Office Supply | | | | | $ - |
| | Nicole Maguire | | | | | $ - |
| | Northern Commercial | | | | | $ - |
| | Novitas Solutions | | | | | $ - |
| | Numotion | | | | | $ - |
| | On Site Health Care | | | | | $ - |
| | Overhead Door Corporatuib | | | | | $ - |
| | PA Dept. of Health - Bureau of Laboratories | | | | | $ - |
| | PA. Dept of Health - Harrisburg | | | | | $ - |
| | PA Dept. of Labor & Industry | | | | | $ - |

## CASH FORECASTING FOR NOVEMBER 2019

| Vnd# | VENDOR | WK #1 FOX | WK #2 FOX | WK #3 FOX | WK #4 FOX | TOTAL |
|---|---|---|---|---|---|---|
| | PA Dept. of Labor & Industry B | | | | | $ - |
| | PA Dept. of Revenue | | | | | $ - |
| | Pall | | | | | $ - |
| | PANAT | | | | | $ - |
| | Patricia Dooley (patient reimb.) | | | | | $ - |
| | Patterson Medical | | | | | $ - |
| | PAWSC | | | | | $ - |
| | PCA Industrial & Paper Supplies | | | | | $ - |
| | PCM | | | | | $ - |
| | PDI Communications | | | | | $ - |
| | Pearlcare Staffing | | | | | $ - |
| | Penny Power | | | | | $ - |
| | Pennsylvania State Police | | | | $ 88.00 | $ 88.00 |
| | Performance Health Supply, Inc. | | | | | $ - |
| | Personnel Concepts | | | | | $ - |
| | PESI Health Care | | | | | $ - |
| | PHCA | | | | | $ - |
| | Philly Designs | | | | | $ - |
| | Phila Occhealth | | | | | $ - |
| | Philip Rosenau | | | | | $ - |
| | Physicians Mobile Xray | | | $ 669.46 | | $ 669.46 |
| | PIC Medical Gas Testing | | | | | $ - |
| | Pitney Bowes Global Financial | | | | | $ - |
| | Pitney Bowes, Inc (Supplies) | | | | | $ - |
| | Postage by Phone | | | | | $ - |
| | Premier Urgent Care | | | | | $ - |
| | Purchase Power | | | | | $ - |
| | PureCure Medical | | | | | $ - |
| | Pure Health Solutions | | | | | $ - |
| | Pure Water Technology | | | | $ 38.40 | $ 38.40 |
| | Quantum Telecom | | $ 556.50 | | | $ 556.50 |
| | RKL LLP | | | | | $ - |
| | Ready Refresh by Nestle | | | | | $ - |
| | Relias Learning (Silver Chair) | | | | | $ - |
| | Richter Healthcare | $ 2,000.00 | | | | $ 2,000.00 |
| | Romed Ambulance | | | | | $ - |
| | Ronald Stone (DJ) | | | | | $ - |
| | Safety Institute of PLA | | | | | $ - |
| | Schwartz Bldg & Remoldeling | | | | | $ - |
| | Service Port Refrigeration Co. | | | | | $ - |
| | Sharps Compliance Inc. | | | $ 959.25 | | $ 959.25 |
| | SHC Services | | | | | $ - |
| | Sheeran Infection Control | | | | | $ - |
| | Shenk Company | | | | | $ - |
| | Shred-It | | | | $ 60.00 | $ 60.00 |
| | Singer Equipment | | | | | $ - |
| | Special Pathogens Laboratory | | | | | $ - |
| | Specialty Medical Products | | $ - | | | $ - |
| | Spinieo Inc. | | | | | $ - |
| | Stoltzfus Structures LLC | | | | | $ - |
| | StreamlineVerify | | | | | $ - |
| | Stryker Sales Corp. | | $ - | | | $ - |
| | Supply Works | | | | | $ - |
| | Susquehanna Door Service | | | $ 265.00 | | $ 265.00 |
| | Swift MD | | | | | $ - |
| | Tall Oaks LLC | | | | | $ - |
| | The Cope Salt Co | | | | | $ - |
| | The Elias Organization | | | | | $ - |
| | The Samcor Company | | | | | $ - |
| | The Sherman Engineering | | | | | $ - |
| | The Sherwin Williams | | | | | $ - |
| | TNT Service Center LLC | | | | | $ - |
| | Todd Horn | | | | | $ - |
| | Toto's Heating & Cooling | | | | | $ - |
| | Tower Health | | | $ 8,455.00 | | $ 8,455.00 |
| | Towne Lock Shoppe | | | | | $ - |
| | UMR | | | | | $ - |
| | Universal Hospital Services | | | | | $ - |
| | U.S. Regional Occup | | | | | $ - |
| | Unitex | | | | $ 7,054.50 | $ 7,054.50 |
| | Van Conversions | | | | | $ - |
| | Verbatim Solutions | | | | | $ - |
| | Vesey Plumbing | | | | | $ - |
| | W.B. Mason | | | | $ 368.58 | $ 368.58 |
| | Walter A. Dwyer Inc. | | | | $ 2,005.23 | $ 2,005.23 |
| | Warrington Township Water & Sewer | | | $ 5,100.00 | | $ 5,100.00 |
| | Wells Fargo Trade Capital | | | | | $ - |
| | William Cartledge | | | | | $ - |
| | Woodlyn Associates | | | | | $ - |

## CASH FORECASTING FOR NOVEMBER 2019

| Vnd# | VENDOR | WK #1 FOX | WK #2 FOX | WK #3 FOX | WK #4 FOX | TOTAL |
|---|---|---|---|---|---|---|
| | Wolfington Body Company | | | | | $ - |
| | Workplace Central | | | | | $ - |
| | **TOTAL** | $ 5,650.55 | $ 115,697.47 | $ 60,741.15 | $ 73,211.79 | $ 255,300.96 |

| | WK #1 | WK #2 | WK #3 | WK #4 | TOTAL |
|---|---|---|---|---|---|
| Payroll and PR Taxes | $ - | $ 230,000.00 | $ - | $ 230,000.00 | $ 460,000.00 |
| Real Estate Taxes | $ - | | $ 5,595.01 | | $ 5,595.01 |
| Meritain Health Ins | $ 20,000.00 | | $ - | | $ 20,000.00 |
| Bed Tax | $ - | | $ - | | $ - |
| Mgt Fee | $ - | $ 48,000.00 | | | $ 48,000.00 |
| Rent | $ 26,848.54 | | $ - | | $ 26,848.54 |
| LOC | $ 8,307.29 | | $ 8,153.42 | | $ 16,460.71 |
| Direct Hits Leases | $ - | | $ 7,794.78 | | $ 7,794.78 |
| *Total Cash Out* | $ 60,806.38 | $ 393,697.47 | $ 82,284.36 | $ 303,211.79 | $ 840,000.00 |
| *Receipts* | $ 210,000.00 | $ 210,000.00 | $ 210,000.00 | $ 210,000.00 | $ 840,000.00 |
| +/- | $ 149,193.62 | $ (183,697.47) | $ 127,715.64 | $ (93,211.79) | $ (0.00) |

**FOX SUBACUTE AT WARRINGTON**
**CASH FORECASTING FOR DECEMBER 2019**

| Vnd# | VENDOR | WK #1 FOX | WK #2 FOX | WK #3 FOX | WK #4 FOX | | TOTAL |
|---|---|---|---|---|---|---|---|
| | Delcrest Lease | | $ 954.83 | | | | $ 954.83 |
| | Delcrest Lease - Bed Lease | | $ 663.82 | | | | $ 663.82 |
| | | | | | | | $ - |
| | Trinity Pharmacy (Note) | | | | | | $ - |
| | Infiniti Medical Solutions (RENT TO OWN) | | | | $ 5,417.00 | | $ 5,417.00 |
| | | | | | | | |
| | ASD Healthcare 12/021/6 | | | $ 6,930.00 | | | $ 6,930.00 |
| | Delcrest | | $ 46,795.25 | | | | $ 46,795.25 |
| | Fresenius | | | | $ 5,665.79 | | $ 5,665.79 |
| | Infiniti Medical Solutions | | | $ 4,873.00 | | | $ 4,873.00 |
| | PharMerica | | | | $ 31,882.26 | | $ 31,882.26 |
| | Praxair - Bulk | | $ 5,058.55 | | | | $ 5,058.55 |
| | Praxair - Cylinders | | $ 1,565.12 | | | | $ 1,565.12 |
| | Pride Healthcare | | | | | | |
| | Procare Medical Staffing | | | | | | $ - |
| | Quality Medical Group | | $ 2,575.00 | | | | $ 2,575.00 |
| | Reinhart | $ 471.68 | $ 650.57 | $ 773.92 | $ 678.44 | | $ 2,574.61 |
| | Tri-Med Medical Supplies | | $ 20,000.00 | | | | $ 20,000.00 |
| | Tyler Robinson | | | | $ 125.00 | | $ 125.00 |
| | Warrington Twp W & S | | $ 2,100.00 | | | | $ 2,100.00 |
| | | | | | | | |
| | Bank Direct - Loan #(526612) | | $ 12,792.61 | | | | $ 12,792.61 |
| | Lackawanna Insurance | | | $ 9,421.92 | | | $ 9,421.92 |
| | De Lage Landen | | | | | | $ - |
| | Guardian | | | $ 2,475.81 | | | $ 2,475.81 |
| | Propel Insurance | | | | | | $ - |
| | Sun Life Financial | | | $ 4,290.05 | | | $ 4,290.05 |
| | | | | | | | |
| | Cummings Consultants | | $ 3,000.00 | | | | $ 3,000.00 |
| | Dr. Gerald Meis | | $ 1,000.00 | | | | $ 1,000.00 |
| | | | | | | | |
| | American Express | $ 1,635.59 | | | | | $ 1,635.59 |
| | VISA - Cardmember Services | | | $ 750.00 | | | $ 750.00 |
| | Home Depot | | | $ 1,601.67 | | | $ 1,601.67 |
| | Applied Computer | | | $ 523.64 | | | $ 523.64 |
| | DeBrunner & Assoc. | | $ 2,575.00 | | | | $ 2,575.00 |
| | DeBrunner & Assoc. (Misc Expense) | | $ 200.00 | | | | $ 200.00 |
| | | | | | | | |
| | Altek | | | | $ 1,219.06 | | $ 1,219.06 |
| 208 | Comcast (849910157 0111523) | | | | $ 178.44 | | $ 178.44 |
| 207 | Comcast (849910157 0111390) | | | | $ 297.87 | | $ 297.87 |
| | Direct TV | | | | $ 322.25 | | $ 322.25 |
| 212 | PECO (18120-58059) | | | | $ 3,067.46 | | $ 3,067.46 |
| 213 | PECO (89367-01009) | | | | $ 98.28 | | $ 98.28 |
| | Windstream (Paetec) | | | | $ 3,256.12 | | $ 3,256.12 |
| | | | | | | | |
| | Alyse Voulo | | | | | | $ - |
| | Amanda France | | | | | | $ - |
| | Amanda O'Flynn | | | | | | $ - |
| | Amanda Zaborowski | | | | | | $ - |
| | Anne Boran (Expense Reports) | | | | | | $ - |
| | David Owens, Petty Cash | | | | | | $ - |
| | Diane Falcone | | | | | | $ - |
| | Diane Bello | | | | | | $ - |
| | Falon Kafel | | | | | | $ - |
| | Geni Fisher | | | | | | $ - |
| | Ingrid Pregler | | | | | | $ - |
| | Jacquelynn Hoffman | | | | | | $ - |
| | Jaime Rosen | | | | | | $ - |
| | Jane Parson | | | | | | $ - |
| | Jennifer Snee | | | | | | $ - |
| | Jennifer Thornhill | | | $ 42.58 | | | $ 42.58 |
| | Josh Paugh | | | | | | $ - |
| | Kim Remetta | | | $ 161.70 | | | $ 161.70 |
| | Linda Barnum | | | | | | $ - |
| | Marlene Higgins (Petty Cash) | $ 237.93 | | | | | $ 237.93 |
| | Marie Dominique Soverain | | | | | | $ - |
| | Michele Saylor | | | | | | $ - |
| | Penny Burke | | | | | | $ - |
| | Ralph Van | | | | | | $ - |
| | Sarah Donato | | | | | | $ - |
| | Scott Matlock (Expense Report) | | | | | | $ - |
| | Susan Setsed | | | | | | |

## CASH FORECASTING FOR DECEMBER 2019

| Vnd# | VENDOR | WK #1 FOX | WK #2 FOX | WK #3 FOX | WK #4 FOX | TOTAL |
|---|---|---|---|---|---|---|
| | Stephanie Parker (Petty Cash) | | | | | $ - |
| | **VENDOR** | | | FOX | | **Terms** |
| | 3M Cogent Inc. | | | | | $ - |
| | 360 Healthcare Staffing | | | | | $ - |
| | Ability Network, Inc. | | | | | $ - |
| | Ace Linen Services | | | | | $ - |
| | ACMA | | | | | $ - |
| | Action Screen Printing | | | | | $ - |
| | Acute Care Med Trans | | | | | $ - |
| | ADP | | | | | $ - |
| | Adaptive Integrators | | | | | $ - |
| | Air Vent Duct Cleaning Inc | | | $ 371.00 | | $ 371.00 |
| | Alfred H. Koch Serv. Labs | | | | | $ - |
| | Alimed, Inc. | | | | | $ - |
| | Allscripts | | $ - | | | $ - |
| | All About Audio | | | | | $ - |
| | Alpha Bio/Med Services LLC | | | | | $ - |
| | Altek | | | | | $ - |
| | AMA Profiles | | | | | $ - |
| | American Health Care Serv. Inc. | | | | | $ - |
| | Amerihealth | | | | | $ - |
| | American Funding Solutions | | | | | $ - |
| | Amy Duckett Wagner | | | | | $ - |
| | A N T S C I | | | | | $ - |
| | Anchor Medical Products | | | | | $ - |
| | Applied Computer Solutions | | | | | $ - |
| | Atlantic City Poker | | | | | $ - |
| | Atlantic Diagnostic | | $ 1,149.07 | | | $ 1,149.07 |
| | Awareness Tech | | | | | $ - |
| | Ben Manis | | | | | $ - |
| | BelMed Ambulance | | | $ 2,590.00 | | $ 2,590.00 |
| | Benjamin Soffer | | | | | $ - |
| | Bimbo Foods, Inc. | | | | | $ - |
| | Blanche Lenard Consulting | | | | | $ - |
| | Blue Bell Heating | | | | | $ - |
| | Bonnie Elbes | | | | | $ - |
| | Brian Finn, Scale Co. | | | | | $ - |
| | Briggs Corp | | | | | $ - |
| | Bryn Mawr Rehab Hospital | | | | | $ - |
| | Buchanan Floor Covering | | | | | $ - |
| | Bucks County Dept of Health | | | | | $ - |
| | Bucks County Med. Assoc. | | | | | $ - |
| | Bucks County Tax Claim | | | | | $ - |
| | Caral & Sons | | | | | $ - |
| | Carl Grammes | | | | | $ - |
| | Carolina Speech Pathology | | | | | $ - |
| | Chesapeake Vascular Access | | | | $ - | $ - |
| | Chestnut Hill Hospital | | | | | $ - |
| | Cindy McGrath | | | | $ 100.00 | $ 100.00 |
| | Clarion Ambulance | | | | $ - | $ - |
| | Clark Audiology & Hearing Aids | | | | | $ - |
| | CLIA Lab Program | | | | | $ - |
| | ColcomInc | | | | | $ - |
| | Colorworks by Chana | | | | | $ - |
| | Comerica Bank | | | | | $ - |
| | Commonwealth Assurance | | | | | $ - |
| | Commonwealth of PA | | | | | $ - |
| | Concentra | | | | | $ - |
| | Consolidated Graphic | | | | | $ - |
| | Continental Health Equipment | | | | | $ - |
| | Courier Times, Inc. | | | | | $ - |
| | Croker Fire Safety | | $ 105.00 | | | $ 105.00 |
| | Crystal Chemical Company | $ 93.52 | | | | $ 93.52 |
| | Data Control Technology | | | | | $ - |
| | David Foulke | | | | | $ - |
| | David Owens | | | | | $ - |
| | David White | | | | | $ - |
| | Doylestown Hospital | | | $ 2,920.95 | | $ 2,920.95 |
| | Doylestown Podiatry | | | | | $ - |
| | ECOLAB | | | | | $ - |
| | Ellis Coffee | | | | | $ - |
| | EMEDCo | | | | $ 4,919.50 | $ 4,919.50 |
| | Emerald Green Landscaping | | | | | $ - |
| | Emergency Systems | | | $ 787.65 | | $ 787.65 |

## CASH FORECASTING FOR DECEMBER 2019

| Vnd# | VENDOR | WK #1 FOX | WK #2 FOX | WK #3 FOX | WK #4 FOX | TOTAL |
|---|---|---|---|---|---|---|
| | Express Supply | | | | | $ - |
| | Faraco Knife & Slicer | | $ 36.00 | | | $ 36.00 |
| | Fast Service Inc. | | | | | $ - |
| | Feasterville Awning | | | | | $ - |
| | Fees Diagnostic Specialists | | | | | $ - |
| | Fidelity Security (Eye Med) | | $ 574.89 | | | $ 574.89 |
| | Follett Corporation | | | | | $ - |
| | Fox Nursing Home | | | | | $ - |
| | Gayle Dost | | $ - | | | $ - |
| | Gemalto Cogent Inc. | | | | | $ - |
| | General Healthcare Resources, Inc | | | | | $ - |
| | George Allen Wastewater Mg. | | | | | $ - |
| | George Leck & Son, Inc. | | | | | $ - |
| | Glenn Faul | | | | | $ - |
| | GNXCOR INC | | | $ 76.65 | | $ 76.65 |
| | Cellai Law-Harmony Healthcare International | | | | | $ - |
| | Harry J. Lawall | | | | | $ - |
| | HD Supply | | | $ 303.14 | | $ 303.14 |
| | Health & Science Center, Inc. | | | | | $ - |
| | Health Care Logistics | | | | | $ - |
| | Healthcare Maintenance Services | | | | | $ - |
| | Healthcare Services Grp | | | | | $ - |
| | HealthDrive Dental Group | | | | | $ - |
| | HealthDrive Podiatry | | | | | $ - |
| | Health System Services | | | | | $ - |
| | H & R Healthcare | | | | | $ - |
| | Hill-Rom | | | $ 5,801.34 | | $ 5,801.34 |
| | Hoffman Electrical Contractors | | | | | $ - |
| | HPE Group | | | | | $ - |
| | IDVILLE | | | | | $ - |
| | Imperial Bag & Paper | | | | | $ - |
| | Intelycare | $ 1,211.83 | $ 1,400.77 | $ 1,045.87 | $ 1,592.70 | $ 5,251.17 |
| | InFocus Technologies | | | | | $ - |
| | Joanne M Kaminski, PSY D | | | | | $ - |
| | Joe Hendricks | | | | | $ - |
| | John Burgo | | | | | $ - |
| | Johnson, Kendall & Johnson | | | | | $ - |
| | Karen Fiumara | | | | | $ - |
| | Kennedy PC | | | | | $ - |
| | Keystone Fire Protection | | | $ 243.80 | | $ 243.80 |
| | Koch Service Laboratories | | | | | $ - |
| | Kristin Coryell | | | | | $ - |
| | LC Technologies, Inc. | | | | | $ - |
| | Leck Waste Services | | | | $ 2,953.17 | $ 2,953.17 |
| | Lethal Pest Solutions | | | $ 95.40 | | $ 95.40 |
| | Magisterial District | | | | | $ - |
| | Marcy Levy | $ - | | | | $ - |
| | Masimo | | | | $ 1,473.74 | $ 1,473.74 |
| | Matrixcare, Inc. | | $ 169.60 | | | $ 169.60 |
| | McCafferty Exteriors Roofing | | | | | $ - |
| | McKesson Medical | | | | | $ - |
| | Medical Records Consultants | | | | | $ - |
| | Mediance | | | | $ 350.00 | $ 350.00 |
| | Med-Pass | | | | | $ - |
| | Meka Alarm System | | | | | $ - |
| | Mittman & Liebman Assoc | | | | | $ - |
| | Michael Blank | | | | | $ - |
| | Michele Saylor | | | | | $ - |
| | Millie Seliga, Tax Collector | | | | | $ - |
| | Mobident | | | | | $ - |
| | MobilexUSA | | $ 9,236.00 | | | $ 9,236.00 |
| | Moore Medical LLC | | | | | $ - |
| | Nancy Novelli | | | | | $ - |
| | National Seating & Mobility | | | $ - | | $ - |
| | NaviHealth | | | | | $ - |
| | Nephrology-Hypertension Specialists | | | | | $ - |
| | Network Connections | | | | | $ - |
| | Newegg Business | | | | | $ - |
| | Newtown Ambulance Squad | | $ 620.00 | | | $ 620.00 |
| | Newtown Office Supply | | | | | $ - |
| | Nicole Maguire | | | | | $ - |
| | Northern Commercial | | | | | $ - |
| | Novitas Solutions | | | | | $ - |
| | Numotion | | | | | $ - |
| | On Site Health Care | | | | | $ - |
| | Overhead Door Corporatuib | | | | | $ - |
| | PA Dept. of Health - Bureau of Laboratories | | | | | $ - |
| | PA. Dept of Health - Harrisburg | | | | | $ - |
| | PA Dept. of Labor & Industry | | | | | |

# CASH FORECASTING FOR DECEMBER 2019

| Vnd# | VENDOR | WK #1 FOX | WK #2 FOX | WK #3 FOX | WK #4 FOX | TOTAL |
|---|---|---|---|---|---|---|
| | PA Dept. of Labor & Industry B | | | | | $ - |
| | PA Dept. of Revenue | | | | | $ - |
| | Pall | | | | | $ - |
| | PANAT | | | | | $ - |
| | Patricia Dooley (patient reimb.) | | | | | $ - |
| | Patterson Medical | | | | | $ - |
| | PAWSC | | | | | $ - |
| | PCA Industrial & Paper Supplies | | | | | $ - |
| | PCM | | | | | $ - |
| | PDI Communications | | | | | $ - |
| | Pearlcare Staffing | | | | | $ - |
| | Penny Power | | | | | $ - |
| | Pennsylvania State Police | | | | $ 88.00 | $ 88.00 |
| | Performance Health Supply, Inc. | | | | | $ - |
| | Personnel Concepts | | | | | $ - |
| | PESI Health Care | | | | | $ - |
| | PHCA | | | | | $ - |
| | Philly Designs | | | | | $ - |
| | Phila Occhealth | | | | | $ - |
| | Philip Rosenau | | | | | $ - |
| | Physicians Mobile Xray | | | $ 669.46 | | $ 669.46 |
| | PIC Medical Gas Testing | | | | | $ - |
| | Pitney Bowes Global Financial | | | | | $ - |
| | Pitney Bowes, Inc (Supplies) | | | | | $ - |
| | Postage by Phone | | | | | $ - |
| | Premier Urgent Care | | | | | $ - |
| | Purchase Power | | | | | $ - |
| | PureCure Medical | | | | | $ - |
| | Pure Health Solutions | | | | | $ - |
| | Pure Water Technology | | | | $ 38.40 | $ 38.40 |
| | Quantum Telecom | | $ 556.50 | | | $ 556.50 |
| | RKL LLP | | | | | $ - |
| | Ready Refresh by Nestle | | | | | $ - |
| | Relias Learning (Silver Chair) | | | | | $ - |
| | Richter Healthcare | $ 2,000.00 | | | | $ 2,000.00 |
| | Romed Ambulance | | | | | $ - |
| | Ronald Stone (DJ) | | | | | $ - |
| | Safety Institute of PLA | | | | | $ - |
| | Schwartz Bldg & Remoldeling | | | | | $ - |
| | Service Port Refrigeration Co. | | | | | $ - |
| | Sharps Compliance Inc. | | | $ 959.25 | | $ 959.25 |
| | SHC Services | | | | | $ - |
| | Sheeran Infection Control | | | | | $ - |
| | Shenk Company | | | | | $ - |
| | Shred-It | | | | $ 60.00 | $ 60.00 |
| | Singer Equipment | | | | | $ - |
| | Special Pathogens Laboratory | | | | | $ - |
| | Specialty Medical Products | | $ - | | | $ - |
| | Spinieo Inc. | | | | | $ - |
| | Stoltzfus Structures LLC | | | | | $ - |
| | StreamlineVerify | | | | | $ - |
| | Stryker Sales Corp. | | $ - | | | $ - |
| | Supply Works | | | | | $ - |
| | Susquehanna Door Service | | | $ 265.00 | | $ 265.00 |
| | Swift MD | | | | | $ - |
| | Tall Oaks LLC | | | | | $ - |
| | The Cope Salt Co | | | | | $ - |
| | The Elias Organization | | | | | $ - |
| | The Samcor Company | | | | | $ - |
| | The Sherman Engineering | | | | | $ - |
| | The Sherwin Williams | | | | | $ - |
| | TNT Service Center LLC | | | | | $ - |
| | Todd Horn | | | | | $ - |
| | Toto's Heating & Cooling | | | | | $ - |
| | Tower Health | | | $ 8,455.00 | | $ 8,455.00 |
| | Towne Lock Shoppe | | | | | $ - |
| | UMR | | | | | $ - |
| | Universal Hospital Services | | | | | $ - |
| | U.S. Regional Occup | | | | | $ - |
| | Unitex | | | | $ 7,054.50 | $ 7,054.50 |
| | Van Conversions | | | | | $ - |
| | Verbatim Solutions | | | | | $ - |
| | Vesey Plumbing | | | | | $ - |
| | W.B. Mason | | | | $ 368.58 | $ 368.58 |
| | Walter A. Dwyer Inc. | | | | $ 2,005.23 | $ 2,005.23 |
| | Warrington Township Water & Sewer | | | $ 5,100.00 | | $ 5,100.00 |
| | Wells Fargo Trade Capital | | | | | $ - |
| | William Cartledge | | | | | $ - |
| | Woodlyn Associates | | $ 1,131.24 | | | $ 1,131.24 |

**CASH FORECASTING FOR DECEMBER 2019**

| Vnd# | VENDOR | WK #1 FOX | WK #2 FOX | WK #3 FOX | WK #4 FOX | TOTAL |
|---|---|---|---|---|---|---|
| | Wolfington Body Company | | | | | $ - |
| | Workplace Central | | | | | $ - |
| | **TOTAL** | $ 5,650.55 | $ 115,697.47 | $ 60,741.15 | $ 73,211.79 | $ 255,300.96 |

| | WK #1 | WK #2 | WK #3 | WK #4 | TOTAL |
|---|---|---|---|---|---|
| Payroll and PR Taxes | $ - | $ 230,000.00 | $ - | $ 230,000.00 | $ 460,000.00 |
| Real Estate Taxes | $ - | | $ 5,595.01 | | $ 5,595.01 |
| Meritain Health Ins | $ 20,000.00 | | $ - | | $ 20,000.00 |
| Bed Tax | $ - | | $ - | | $ - |
| Mgt Fee | $ - | $ 48,000.00 | | | $ 48,000.00 |
| Rent | $ 26,848.54 | | $ - | | $ 26,848.54 |
| LOC | $ 8,307.29 | | $ 8,153.42 | | $ 16,460.71 |
| Direct Hits Leases | $ - | | $ 7,794.78 | | $ 7,794.78 |
| *Total Cash Out* | $ 60,806.38 | $ 393,697.47 | $ 82,284.36 | $ 303,211.79 | $ 840,000.00 |
| Receipts | $ 210,000.00 | $ 210,000.00 | $ 210,000.00 | $ 210,000.00 | $ 840,000.00 |
| +/- | $ 149,193.62 | $ (183,697.47) | $ 127,715.64 | $ (93,211.79) | $ (0.00) |